Jody L. NORDWALL, as trustee for the next of kin of Mateo Tori, deceased, Petitioners–Appellants,

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 2009–5004.

United States Court of Appeals,
Federal Circuit.

March 5, 2009.

John F. McHugh, Law Office, New York, NY, for Petitioners–Appellants.

Ann K. Donohue, Department of Justice, Washington, DC, for Respondent–Appellee.

Before NEWMAN, BRYSON, and DYK, Circuit Judges.

ON MOTION

*ORDER*

DYK, Circuit Judge.

Appellants move for reconsideration of the court's order dismissing their appeal for failure to prosecute, and move to voluntarily dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted. The mandate is recalled, the December 31, 2008 dismissal order is vacated, and the appeal is reinstated.

(2) The motion to voluntarily dismiss the appeal is granted.

(3) Each side shall bear its own costs.